# EXHIBIT A

## FLORIDA LOG JAM DEFENDANTS AND THEIR PROGENY: SENTENCING

| | Defendant(s) | Case Name and Number | Most Serious Charge Pled and Guideline | Charge Bargain | Variance | 5K1 | Sentence |
|---|---|---|---|---|---|---|---|
| 1 | Abu Sayem, Mohammad | **US v. Sabir Ahmed and Mohammad Abu Sayem, 12-cr-14041-Moore (SD FL).** Four-count federal indictment charging conspiracy to manufacture and distribute JWH-018, a Schedule I controlled substance, possession with intent to manufacture and distribute JWH-018, maintaining a premise for the purpose of manufacturing JWH-18, and endangering human life due to a fire in a warehouse while manufacturing a controlled substance. Found with 2 kilos of JWH-18 imported from China and "1000 packages" of spice product. | Pled to conspiracy to possess, manufacture, distribute a controlled substance, JWH-18 during September 1, 2011 to November 12, 2011: **Adjusted Total Offense Level 25. 57-71 months** | No historical relevant conduct. | Grants variance and largely disregards guideline sentence as not fairly contemplating the facts of this offense at all and, for the most part, inapplicable to a person of your background, character, and circumstance. There's one component of seriousness to the offense here, but . . . almost all the others factors that govern the actual sentence . . . gravitate very strongly the other way. | 4 levels, "provided information that has resulted in several ongoing criminal investigations." | 38 months; No forfeiture. |
| 2 | Ahmed, Sabir | **US v. Sabir Ahmed and Mohammad Abu Sayem, 12-cr-14041-Moore (SD FL).** Four-count federal indictment charging conspiracy to manufacture and distribute JWH-018, a Schedule I controlled substance, possession with intent to manufacture and distribute JWH-018, maintaining a premise for the purpose of manufacturing JWH-18, and endangering human life due to a fire in a warehouse while manufacturing a controlled substance. Found with 2 kilos of JWH-18 imported from China and "1000 packages" of spice product. | Pled to conspiracy to possess, manufacture, distribute a controlled substance, JWH-18 during September 1, 2011 to November 12, 2011: **Adjusted Total Offense Level 25. 57-71 months** | No historical relevant conduct. | | 4 levels, "provided information that has resulted in several ongoing criminal investigations" | 38 months; No forfeiture. |
| 3 | Al Najjar, Cean | **US v. Singh, et al, 8:14-cr-183-Merryday (MD FL).** Two-count indictment, conspiracy to distribute AM-2201. | Pled to conspiracy to distribute a controlled substance analogue, AM-2201, from a head shop business he owned during March 1, 2011 to March 2012: **Total Offense Level 41. 240 months.** | | | None. | 1 year and a day. |
| 4 | Bryant, Michael | **US v. Michal Bryant, 12-80161-cr-Rsykamp (SD FL).** Information: distributing a controlled substance analogue. An employee of a "business," "Kratom Labs," manufactured and distributed synthetic cannabinoids (UR-144, 5-fluro-UR-144) in South Florida under the brand name "Mr. Nice Guy." | Pled to distributing controlled substance analogues. | Stipulates to base offense level 16 in drug quantity table. Government proposed to court that Bryant receive 3 years probation with 6 months house arrest. | "Slight variance" taking him from 10 to 16 months to a range of 6-12 months. | | 3 years probation and home detention for 150 days. |

## FLORIDA LOG JAM DEFENDANTS AND THEIR PROGENY: SENTENCING

| | Defendant(s) | Case Name and Number | Most Serious Charge Pled and Guideline | Charge Bargain | Variance | 5K1 | Sentence |
|---|---|---|---|---|---|---|---|
| 5 | Chavis, William "Billy"[1] | US v. William Chavis, Justin Gensel, and Kevin Matherson, 1:13-cr-27-Engelmayer (SDNY) One count indictment. Conspiracy to distribute analogues UR-144 and AM-2201 from August 2010 to May 2012. Warehouse in Tampa. | Deferred prosecution agreement involving 6 months probation. | | | | *Nolle prosequi* pursuant to Deferred Prosecution Agreement. |
| 6 | Cunningham, Nick a/k/a Johnny Clearwater | US v. Nicholas Cunningham, 8:14-cr-116-T-Scriven (MD FL) Two-count indictment charging conspiracy to distribute mixture containing AM-2201 during March 1, 2011 to July 8, 2012. | Pled to Count 1 of indictment conspiracy to distribute mixture containing AM-2201. **Total Offense Level 29, Crim. History III, 108-135 months.** | | Variance downward to probation based on history/characteristics of defendant, nature of offense, willingness to cease behavior once confronted by law enforcement, need to avoid sentencing disparity. | 2 levels, "in regard to industry practices which were useful...in evaluating other prosecutions." | 60 months probation with 180 days home detention. |
| 7 | Fedida, Ilan | U.S. v. Fedida, 6:12-cr-209-Orl-Dalton (MD FL). Indictment charging 3 counts including conspiracy to distribute controlled substance analogues and controlled substances; possess to distribute controlled substance analogue; and distributing a controlled substance March 2011 to July 26, 2012. | Pled to Count 3 of indictment charging defendant with distributing controlled substance JWH-18 along with other synthetic cannabinoids between March 1, 2011 to July 26, 2012. Defendant imported his chemicals from China and used several locations to operate his business. | Agreed sentence of one year probation. | | | One year Probation. |
| 8 | Graham, Douglas | US v. Timothy Hummel, Sean Hummel, and Douglas Graham, 8:15-cr-215-T-Kovachevich. Information: Charging defendants with misbranding for the "manufacture, distribution, and sale of synthetic cannabinoids in the Middle District of Florida and elsewhere" during the period of March 1, 2011 to July 25,2012.  21 USC 331(a). Forfeiture of $7 million. | Pled to misdemeanor misbranding. | Agreed to misdemeanor offense and sentence of probation. | | | Two years probation, subject to early termination. |
| 9 | Harrison, Dylan | US v. Dylan Harrison, John Shealey, 9: 12-cr-80218-Mara (SD FL). Information: Charging § 371 conspiracy to manufacture and distribute a controlled substance analogue, AM-2201, commit money laundering, and to distribute misbranded drugs. Defendant operated several spice businesses from at least March 2011 into March 2012. | Pled to conspiracy, of which one element was manufacturing and selling through his spice business, "Mr. Nice Guy," with AM-2201 which he imported from China. Product advertised over the internet and sold locally and to customers throughout US. | Stipulates to distributing excess of 20 kilos and base offense level 18 (1 to 1 ratio) + 6 levels of enhancements. **Level 21, 37-46 months.** | Yes. Avoid sentencing disparities and nature of the offense due to the "ambiguity, lack of clarity, and uncertainty" as what was "legal and illegal." | Recommendation of "modest reduction" of 25%, recommending 28-month incarceration. | One year and one day. |
| 10 | Hummel, Sean | US v. Timothy Hummel, Sean Hummel, and Douglas Graham, 8:15-cr-215-T-Kovachevich.  Information: Charging defendants with misbranding for the "manufacture, distribution, and sale of synthetic cannabinoids in the Middle District of Florida and elsewhere" during the period of March 1, 2011 to July 25,2012.  21 USC  § 331(a).  Forfeiture of $7 million. | Pled to misdemeanor misbranding. | Agreed to misdemeanor offense and sentence of probation. | | | Two years probation, subject to early termination. |

## FLORIDA LOG JAM DEFENDANTS AND THEIR PROGENY: SENTENCING

| | Defendant(s) | Case Name and Number | Most Serious Charge Pled and Guideline | Charge Bargain | Variance | 5K1 | Sentence |
|---|---|---|---|---|---|---|---|
| 11 | Hummel, Timothy | **US v. Timothy Hummel, Sean Hummel, and Douglas Graham, 8:15-cr-215-T-Kovachevich.** Information charging defendants with misbranding for the "manufacture, distribution, and sale of synthetic cannabinoids in the Middle District of Florida and elsewhere" during the period of March 1, 2011 to July 25, 2012. 21 USC 331(a). Forfeiture of $7 million. | Pled to misdemeanor misbranding. | Agreed to misdemeanor offense. | | | |
| 12 | Liu, Jin a/k/a Tom Lau | **US v. Jin Liu a/k/a Tom Lau, No. 3:14-cr-8(S1)-J-Davis (MD FL); No. 3:14-cr-157-J-39JRK (CD CA).** Pled to conspiracy to distribute controlled substance analogue PB-22. Also pled and sentenced on Count 5 in *Libbert* case from CD CA. | Total adjusted offense level 33, 135-168 months. | | Grants variance on the "need to avoid unwanted sentencing disparities" and court's "concerns regarding . . . The seriousness of the offense . . . Its enhancement or not through the use or failure to use 1-to-167 multiplier." Also, two level variance for November 2014 drug quantity guideline. | | 36 months. |
| 13 | Lester, Joel | **US v. Joel Lester, 9:12-cr-8007-Mara (SD FL).** Information: Conspiracy to distribute a controlled substance analogue, AM-2201 and JWH-122, through a business called Nature & Health. An extremely large distributor. | Pled to conspiracy to distribute a controlled substance analogue during April 1, 2011 to March 3, 2012. | Stipulates to at least 10 kilos and to "1 to 1" drug ratio; "agreement for time served." | | 5K1 "substantial but not complete cooperation." | Time served, after having served five months. |
| 14 | Petrucci, Michael | **US v. Singh, et al, 8:14-cr-183-Merryday (MD FL).** Two-count indictment, conspiracy to distribute AM-2201. | Pled to conspiracy to distribute a controlled substance analogue, AM-2201, from a head shop business he owned during March 1, 2011 to March 2012: **Total Offense Level 41. 240 months.** | | | Four levels "provided information which likely caused, in part, two of his co-defendants to plead" and did drug purchase that led to other charge. | One year and one day. |
| 15 | Shealey, John | **US v. Dylan Harrison, John Shealey, 9: 12-cr-80218-Mara (SD FL).** Information: Charging § 371 conspiracy to manufacture and distribute a controlled substance analogue, AM-2201, commit money laundering, and to distribute misbranded drugs. Defendant operated several spice businesses from at least March 2011 into March 2012. | Pled to conspiracy, of which one element was manufacturing and selling spice through his business, "Mr. Nice Guy," with AM-2201 which he imported from China. Product advertised over the internet and sold locally and to customers throughout US. | Stipulates to distributing excess of 20 kilos and **base offense level 18 (1 to 1 ratio) + 6 levels of enhancements, 37-46 months.** | Yes. Avoid sentencing disparities and nature of the offense due to the "ambiguity, lack of clarity, and uncertainty" as what was "legal and illegal." | | 18 months |

## FLORIDA LOG JAM DEFENDANTS AND THEIR PROGENY: SENTENCING

| Defendant(s) | Case Name and Number | Most Serious Charge Pled and Guideline | Charge Bargain | Variance | 5K1 | Sentence |
|---|---|---|---|---|---|---|
| 16 Udin, Nazim | **US v. Nazim Uddin, 3:14-cr-00023-Davis (MD FL).** Indictment charging two counts: (1) attempt to possess with intent to distribute controlled substance analogue, PB-22, and (2) Knowingly possess a fire arm in furtherance of a drug-trafficking crime, 18 USC § 924(c)(1). | Pled to attempt to possess with intent to distribute controlled substance analogue, PB-22. § 924(c) gun charge was dropped. **Total adjusted offense level: 31, 108-135 months.** | | Appears 27-month variance granted as well as two level variance for November 2014 drug quantity guideline. | | 60 months. |

¹ DEA's prior release listed William "Billy" Chavis as one of the nine people arrested throughout Florida during the First National Synthetic Drug Takedown as part of Operation Log Jam.